NO. PD-0955-15

ROSS ALLEN HARTWELL                    PETITIONER PRO SE

VS

THE STATE OF TEXAS                     RESPONDENT

---

From the 390th Judicial District Court of Travis County, Texas, Cause Number D-1-DC-13-904031, and the Thirteenth Court of Appeals, Corpus Christi, Texas, Number 13-14-00087-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

## MOTION TO STAY

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now, Petitioner ROSS ALLEN HARTWELL and files this Motion for STAY and ABEYANCE on his previously filed Petition for Discretionary Review, as he prepares for his return to District Court and the new sentencing phase, in the above cause numbered appeal. This is NOT to be applied to the States P.D.R. on the sentence reversal. For this just cause, Petitioner will provide as follows:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

### STATEMENT OF FACTS

On July 2, 2015, the Thirteenth Court of Appeals AFFIRMED IN PART (the conviction) and REVERSED AND REMANDED IN PART (the sentence), the above cause number. Petitioner, in a timely manner, filed his Petition For Discretionary Review in this the Court of Criminal Appeals concerning the conviction affirmation only.

### REASON FOR REQUEST

This Motion has merit and is not meant for delay, as Petitioner is waiting on the resolution of issues associated with his sentencing. Petitioner, at this time, is representing himself for the Petition for Discretionary Review, future court ordered filings or responses concerning the P.D.R., along with any collateral petitions, motions or writs resulting from this courts decisions.

As a result of the Thirteenth Courts decision, Petitioner is preparing for a new jury trial on the sentencing phase which resulted from the original conviction that Petitioner ultimately filed the P.D.R. on.

Petitioner is incarcerated in a penal institution. For this reason along with he, himself not being educated in or well expirienced in litigation, he is unable to attend to the two different proceedings simultaneously occurring in two different courts.

Finally, by granting this Motion to Stay, the Court would also be allowing the eventual realignment of the Sentence and Conviction, so that litigation of issues within the cause number could once again be brought forth through individual filing rather than the presently confusing, split court clutterings.

## PRAYER

Petitioner Prays the Court Grant the Stay and Abeyance for his Petition for Discretionary Review (No. PD-0955-15, named Ross Allen Hartwell, pet pro se Vs The State of Texas, respondent) so that petitioner may resolve the sentencing issues attached to the same cause.

After sentencing is resolved in the District Court and if need be in the Appellate Court, Petitioner promises to return to this court within (30) thirty days of the exhausted claims of the foregoing courts in order to resume the P.D.R. proceedings and, if need be, with attachments of any issues concerning the next sentencing.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Court stop and hold the proceedings on his Petition for Discretionary Review until (30) thirty days after the resolution of his sentencing issues and, if needed, the exhaustion of claims connected to the sentencing issues in the Court of Appeals.

Respectfully Submitted on this ___Sixth___ day of ___October___, 2015

ROSS ALLEN HARTWELL
Petitioner Pro Se
TDCJ/ID# 1893452
Bill Clements Unit
9601 Spur 591
Amarillo, TX
79107-9606